No. 83–5556.  SALSER v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 83–5557.  JONES v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 83–5558.  WILLIAMS v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 83–5580.  CARTER v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 83–5584.  CHERNACK v. UNITED STATES.  C. A. 1st Cir. Certiorari denied.

No. 83–5587.  MANSAW v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 83–5592.  WEBBER v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 83–5595.  AMBROSE v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 83–5598.  WILLIAMS v. UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 83–153.  FAULKNER ET AL. v. MERRITT.  C. A. 7th Cir. Motion of respondent for leave to proceed in forma pauperis granted.  Certiorari denied.

No. 83–483.  HYDROCULTURE, INC. v. COOPERS & LYBRAND. C. A. 9th Cir.  Certiorari denied.  JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 83–5339.  DICK v. KEMP, SUPERINTENDENT, GEORGIA DIAGNOSTIC AND CLASSIFICATION CENTER.  Sup. Ct. Ga.;
No. 83–5367.  MOORE v. LOUISIANA.  Sup. Ct. La.;
No. 83–5449.  RICHMOND v. ARIZONA.  Sup. Ct. Ariz.;
No. 83–5454.  WOMACK v. ALABAMA.  Sup. Ct. Ala.;
No. 83–5457.  JERNIGAN v. TEXAS.  Ct. Crim. App. Tex.; and
No. 83–5463.  ELLEDGE v. FLORIDA.  Sup. Ct. Fla.  Certiorari denied.  Reported below: No. 83–5367, 432 So. 2d 209; No. 83–5449, 136 Ariz. 312, 666 P. 2d 57; No. 83–5454, 435 So. 2d 766; No. 83–5457, 661 S. W. 2d 936; No. 83–5463, 432 So. 2d 35.